158 A.3d 1240

Christopher MENDOZA, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent

No. 136 EM 2016

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW,** this 11th day of October, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

158 A.3d 1240

Allen L. FEINGOLD, Petitioner

v.

Eric FEDER, Director Office of Judicial Records (formerly, Office of the Prothonotary of Philadelphia County), Respondent

No. 116 EM 2016

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW,** this 11th day of October, 2016, the Petition for Writ of Mandamus is **DENIED.**